

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

CONTRACT MANAGEMENT, INC.,

Plaintiff - Appellant,

v.

DONALD RUMSFELD, in his
representative capacity as Secretary of
Defense; et al.,

Defendants - Appellees.

No.  04-15049

D.C. No.  CV-03-00232-HG

**JUDGMENT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii
(Honolulu).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Hawaii (Honolulu) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**AFFIRMED**. Costs taxed.

Filed and entered Wednesday, January 11, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 7 2006

by
Deputy Clerk

Form 10.  Bill of Costs

FILED

JAN 2 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

## United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1.  A late bill of costs must be accompanied by a motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

CONTRACT MGMT., INC. V. RUMSFELD                    CA No. 04-15049

The Clerk is requested to tax the following costs against: APPELLANT CONTRACT MGMT., INC.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 18 | 82 | $0.05 | $73.80 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 73.80 | | | TOTAL | $ |

**Form 10. Bill of Costs - *Continued***

**Other:**    Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1.   Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less.  Circuit Rule 39-1.

---

I, _ERIC D. MILLER_ , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _Eric D. Miller_

Date: _1/24/06_

Name of Counsel (printed or typed): _ERIC D. MILLER_

Attorney for: _DONALD RUMSFELD, SEC'Y OF DEFENSE, ET AL._

---

Date: _3-7-06_    Costs are taxed in the amount of $ _73.80_

Clerk of Court

By: _____, Deputy Clerk