# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

March 24, 2006

District Court/Agency:    USDC, District of Hawaii

Lower Court #             CV 03-00232HG

9th Circuit Appeal #      04-15049

Short title:              Contract Management v. Rumsfeld

Items returned:

    3     Clerk's Files

    2     Reporter Transcripts

          Sealed Envelopes

          Expando Files

          Lodged Documents

          Other:

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 30 2006

DISTRICT OF HAWAII

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible: