Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

CORIANNE W. LAU      3844-0
WILLIAM M. TAM       1887-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-Mail: WMT@AHFI.com

TIMOTHY H. POWER
Law Office of Timothy H. Power
2977 Ygnacio Valley Road, PMB 424
Walnut Creek, California  94598
Telephone:  (925) 363-5880
Facsimile:  (925) 363-5881

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CONTRACT MANAGEMENT, INC., ) | CV 03 00232 HG LEK |
| ) | |
| Plaintiff, ) | **NOTICE OF WITHDRAWAL OF CO-** |
| ) | **COUNSEL; EXHIBIT "A;"** |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| DONALD RUMSFELD, in his ) | |
| representative capacity as ) | |
| Secretary of Defense, HECTOR V. ) | |
| BARRETO, JR., in his ) | |
| representative capacity as ) | |
| Administrator of the Small ) | |
| Business Administration, and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**

495697   7047-1

NOTICE IS HEREBY GIVEN that Corianne W. Lau and William M. Tam and the law firm of Alston Hunt Floyd & Ing, withdraw as Co-counsel for Plaintiff CONTRACT MANAGEMENT, INC.  After Plaintiff's appeal was filed, a withdrawal of co-counsel was filed with the Ninth Circuit Court of Appeals on January 21, 2004, attached hereto as Exhibit "A."  However, withdrawing counsel neglected at that time to file a notice of withdrawal in this court.

Timothy H. Power of the Law Office of Timothy H. Power remains as counsel for CONTRACT MANAGEMENT, INC.

DATED:  Honolulu, Hawaii, April 3, 2006.

/s/ Corianne W. Lau
CORIANNE W. LAU
WILLIAM M. TAM

Withdrawing Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following parties on this date, by depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawaii, as indicated and addressed as set forth below:

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii
MARK J. MELLETT
Sp. Assistant U.S. Attorney
Room 6-100 PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorneys for Defendant
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, April 3, 2006.

/s/ Corianne W. Lau
WILLIAM M. TAM
CORIANNE W. LAU

Withdrawing Attorneys for Plaintiff

495697   7047-1