RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 2 1 2004

FILED _____

DOCKETED _____

DATE          INITIAL

| | | |
|---|---|---|
| CONTRACT MANAGEMENT, INC., | ) | NO. 04-15049 |
| | ) | |
| Plaintiff-Appellant, | ) | DC# CV 03-00232 HG |
| | ) | District of Hawaii |
| vs. | ) | (Honolulu) |
| | ) | |
| DONALD RUMSFELD, in his | ) | Appeal from the Judgment of |
| representative capacity as | ) | the United States District |
| Secretary of Defense; HECTOR V. | ) | Court for the District of |
| BARRETO, JR., in his | ) | Hawaii |
| representative capacity as | ) | |
| Administrator of the Small | ) | |
| Business Administration, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**

**CERTIFICATE OF SERVICE**

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

CORIANNE W. LAU
WILLIAM M. TAM
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

TIMOTHY H. POWER
Law Office of Timothy H. Power
3000 Citrus Circle, Suite 106
Walnut Creek, California 94598
Telephone: (925) 975-0330
Facsimile: (925) 975-0333

Attorneys for Plaintiff-Appellant
CONTRACT MANAGEMENT, INC.

246817  7047-1


EXHIBIT A

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

NOTICE IS HEREBY GIVEN that Corianne W. Lau and William M. Tam and the law firm of Alston Hunt Floyd & Ing, hereby withdraw as co-counsel for Plaintiff-Appellant CONTRACT MANAGEMENT, INC.

Timothy H. Power of the Law Office of Timothy H. Power remains as counsel for Plaintiff-Appellant CONTRACT MANAGEMENT, INC.

DATED:   Honolulu, Hawaii, _____January 15, 2004_____.

_____
WILLIAM M. TAM
CORIANNE W. LAU
TIMOTHY H. POWER
Attorneys for Plaintiff-Appellant
CONTRACT MANAGEMENT, INC.

246817  7047-1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii<br>MARK J. MELLETT<br>Sp. Assistant U.S. Attorney<br>Room 6-100 PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | ( ) | (X) |

Attorneys for Defendant-Appellee
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, ___January 15, 2004___.

_____
WILLIAM M. TAM
CORIANNE W. LAU
TIMOTHY H. POWER
Attorneys for Plaintiff-Appellant
CONTRACT MANAGEMENT, INC.

246817  7047-1